IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-MJ-00430-PJC |
| BRAYDEN KENT BULL, | |
| Defendant. | |

### Petition for Writ of Habeas Corpus Ad Prosequendum

COMES NOW Ashley Robert, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain case in which the United States of America is plaintiff and in which Brayden Bull is defendant, and that the case is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have Brayden Bull present at Tulsa, Oklahoma, for initial appearance, forthwith, and for the duration of this case.

That Brayden Bull at this time is a prisoner in the Muldrow City Jail, Muldrow, Oklahoma and will not have been released on the date that the initial appearance is scheduled, and that Brayden Bull is in the charge, custody, and under the control of the Chief of Police of Muldrow City Jail, Muldrow, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Chief of Police of said institution, and that

he be directed and required to deliver the body of Brayden Bull to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of Brayden Bull before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of this case, the Marshal, deputy, or agent shall return the body of Brayden Bull to the aforesaid Muldrow City Jail, Muldrow, Oklahoma.

    Respectfully submitted,

    CLINTON J. JOHNSON
    United States Attorney


    */s/ Ashley Robert*
    Ashley Robert, TX Bar No. 24086955
    Assistant United States Attorney
    110 West 7th Street, Suite 300
    Tulsa, Oklahoma 74119
    (918) 382-2700

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

Ashley Robert, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

/s/ Ashley Robert
Assistant United States Attorney

Subscribed and sworn to before me this 11th day of August, 2023.

#20012383

/s/ Bailey Stripling
Notary Public

My commission expires:

10/07/2024