AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| Brayden Kent Bull | ) Case No. 23MJ-430-PJC |
| Defendant | ) |

**RECEIVED** AUG 1 1 2023
BY: USMS

**FILED** AUG 3 1 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brayden Kent Bull

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(4)(A) and 2252(b)(2) – Possession of Child Pornography in Indian Country
18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor in Indian Country
18 U.S.C. §§ 2251(a) and 2251(e) – Production of Child Pornography

Date: 8/11/23

Paul J. Cleary
U.S. Magistrate Judge
333 W. 4th Street
Room 3355 U.S. Courthouse
Tulsa, OK 74103

*Issuing officer's signature*

~~Jodi F. Jayne~~, United States Magistrate Judge
*Printed name and title*

City and state: Tulsa, Oklahoma

---

### Return

This warrant was received on *(date)* 08/29/23, and the person was arrested on *(date)* 08/29/23
At *(city and state)* Tulsa, OK
Date: 08/29/23

*Arresting officer's signature*

MARLIN WARREN HSI TFO
*Printed name and title*

Picked up on WHCAP.